UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Osman Hakan Guven | Case No. 20-mc-80182-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR DISMISSAL**<br><br>Re: Dkt. No. 5 |

The Court has reviewed Magistrate Judge Kim's Report and Recommendation for Dismissal. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 12/28/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge